United States Court of Appeals

For the Eighth Circuit

_____

No. 21-3289

_____

United States of America

*Plaintiff - Appellee*

v.

Aaron Edward Briggs

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: April 27, 2022
Filed: May 2, 2022
[Unpublished]

_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Aaron Briggs appeals the sentence imposed by the district court[1] after he pleaded guilty to a sex offense, pursuant to a plea agreement that includes an appeal

_____

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas.

waiver. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the district court's admission of testimony at sentencing from two victims who were not involved in the instant offense.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we dismiss the appeal, and we grant counsel's motion to withdraw.

_____